FILED: May 7, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4203

(5:13-cr-00006-RLV-DSC-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ELIAS GRADILLA HERNANDEZ

       Defendant - Appellant

_____

O R D E R

_____

Court-appointed counsel has filed a motion for authorization of translator or interpreter services for this appeal.

The court authorizes counsel to obtain such services at prevailing rates, not to exceed $165 per 1,000 words for translators, $55 per hour for certified interpreters, and $32 per hour for non-certified interpreters. Only essential interpreter or translator services are authorized (*e.g., to explain an* Anders *brief and* Anders *rights*), and the total cost for *all* such services on appeal shall not exceed

$800.

Upon completion of such services, counsel shall submit a **CJA 21 voucher** and a copy of the service provider's detailed invoice. For translation services, the invoice should identify the documents translated and be accompanied by a copy of the word count generated by the word processing software. For interpreter services, the invoice should detail the dates and times the services were provided.

                                          For the Court--By Direction

                                          /s/ Patricia S. Connor, Clerk